# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THONG VIET TRAN,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 19-mc-00453-LAB<br><br>**ORDER OF DISMISSAL RE: MOTION TO CORRECT DATE OF BIRTH ON CERTIFICATE OF NATURIZALATION**<br><br>**[Dkt. No. 1]** |

On July 9, 2019, Thong Viet Tran filed a motion to correct the date of birth on his certificate of naturalization.  Dkt. No. 1.  Because Tran's motion did not provide the Court with a basis to grant his request, the Court ordered Tran to show cause why his motion should not be denied.  Dkt. No. 2.  The Court warned Tran that if he failed to comply with the order his motion would be denied and this action would be dismissed.  *Id.*  Tran has not filed an amended motion.  In light of Tran's failure to show cause, his motion is **DENIED** and this action is **DISMISSED WITHOUT PREJUDICE**.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**.

Dated:  May 20, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge